AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long-Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798
BELLONI, ET AL.                              )
             Plaintiff(s)             )     **APPEARANCE**
                                       )
                        vs.            )     CASE NUMBER   07-mc-0014
VERIZON COMMUNICATIONS, ET AL. )
                                       )     MDL Docket No. 1798
             Defendant(s)             )     Member Case 07-cv-801

To the Clerk of this court and all parties of record:

Please enter the appearance of   John W. Rogers   as counsel in this
                                        (Attorney's Name)

case for:  Sprint Nextel Corp.
              (Name of party or parties)

6/5/07
Date

EDMO   62021
Pro hac requirement waived by Judge Urbina's Order
BAR IDENTIFICATION

Signature

John W. Rogers
Print Name

Bryan Cave LLP, 211 N. Broadway, Ste. 3600
Address

St. Louis, MO  63102
City          State          Zip Code

3134-259-2009
Phone Number