UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | Master File: 07-mc-0014 (RMU) |
| | Member Case: |
| | 07-cv-801: *Belloni v. Verizon Commc'ns* |
| This Document Relates To: ALL CASES | MDL Docket No. 1798 |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

Please enter the appearance of P. Scott Wolleson as counsel in this case for CenturyTel, Inc.

        Respectfully submitted,

        **BREITHAUPT, DUNN, DUBOS, SHAFTO & WOLLESON, LLC**
        1800 Hudson Lane, Suite 200-A
        Monroe, Louisiana 71201
        Telephone:  (318) 322-1202
        Facsimile:  (318) 322-1984
        Email: swolleson@bddswlaw.com

        **BY**: _____*s/ P. Scott Wolleson*_____
              P. Scott Wolleson (#22691

        **ATTORNEYS FOR CENTURYTEL, INC.**