UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION ) ) ) ) | MDL Docket No. 1798<br><br>Master File:   07-mc-0014 (RMU) |
| This Document Relates To: ) ) | Member Case: 07-cv-801 |
| *Belloni v. Verizon Communications, Inc.* ) ) | |

NOTICE OF APPEARANCE OF
COUNSEL FOR VIRGIN MOBILE USA, LLC

To the Clerk of this Court and all parties of record:

Please enter the appearance of Rebecca Min as counsel in this case for Virgin Mobile USA, LLC, which is a named defendant in *Belloni v. Verizon Communications, Inc.*

Respectfully submitted,

_____
Rebecca Min (SDNY RM-5575)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Dated: July 31, 2007

Attorneys for Defendant Virgin Mobile USA, LLC