# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION <br><br> This document relates to: <br><br> *Belloni v. Verizon Communications Inc.* | MDL Docket No. 1798 <br><br> Master File:   07-mc-0014-RMU <br><br> Member Case:   07-cv-801-RMU |

## JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

Plaintiffs filed an Amended Class Action Complaint (the "Amended Complaint") in the above-captioned action on December 21, 2006. On April 19, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") transferred this action to this Court, the United States District Court for the District of Columbia, the Honorable Ricardo M. Urbina, for inclusion in the coordinated or consolidated pretrial proceedings occurring here.

In light of the number of parties named in the Amended Complaint and the efficiencies that will be served by a coordinated briefing schedule and discovery stay, the Parties wish to establish a joint and agreed-upon briefing schedule for Defendants' anticipated motions to dismiss and a stay of discovery.

WHEREFORE, the Parties respectfully request that the Court grant the attached [Proposed] Order, jointly submitted on behalf of Plaintiffs' and Defendants' counsel in above-captioned action.[1]

---

[1] The Parties agree that no Party will argue this joint motion constitutes a waiver or abandonment by any of the Defendants of any substantive or procedural defenses including, but not limited to,

*(cont'd)*


Dated: New York, New York
       June  20 , 2007

                                                          Respectfully submitted,

| /s/ Christopher Neufield | /s/ Michael B. Carlinsky |
|---|---|
| Christopher Neufield | Michael B. Carlinsky |
| LAW OFFICES OF KELECHI O.  ONYEOBIA, P.C. | QUINN EMANUEL URQUHART  OLIVER & HEDGES, LLP |
| 485 Lorimer Street, Suite 205 | 5 1 Madison Avenue, 22nd Floor |
| Brooklyn, New York 11211 | New York, New York 1 001 0 |
| (646) 660-1964 | (212) 849-7000 |
| Attorneys for Plaintiffs | Attorneys for Defendant Alltel Corp. |
| /s/  Michael K. Kellogg | /s/  Michael K. Kellogg |
| Michael K. Kellogg (DC Bar # 372049) | Michael K. Kellogg (DC Bar # 372049) |
| Sean Lev (DC Bar # 449936) | Sean Lev (DC Bar # 449936) |
| KELLOGG, HUBER, HANSEN, TODD  EVANS & FIGEL, P.L.L.C | KELLOGG, HUBER, HANSEN, TODD  EVANS & FIGEL, P.L.L.C |
| 1615 M Street, NW, Suite 400 | 1615 M Street, NW, Suite 400 |
| Washington, DC 20036 | Washington, DC 20036 |
| (202) 326-7900 | (202) 326-7900 |
| Attorneys for Defendant AT&T Inc. | Attorneys for Defendant BellSouth Corp. |
| *AT&T Inc. objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction. Pursuant to this objection, AT&T Inc. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).* | *BellSouth Corp. objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction Pursuant to this objection, BellSouth Corp. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).* |

_____
*(cont'd from previous page)*
all jurisdictional defenses, including the defense of lack of jurisdiction over the person.  All such defenses are hereby expressly preserved.

| | |
|---|---|
| /s/  P. Scott Wolleson<br>P. Scott Wolleson (La. Bar No. 22,691)<br>BREITHAUPT, DUNN, DUBOS,<br>  SHAFTO & WOLLESON, LLC<br>1800 Hudson Lane<br>Suite 200-A<br>Monroe, Louisiana 71201<br>(318) 322-1202 | /s/ Michael J. Shortley<br>Michael J. Shortley<br>1080 Pittsford-Victor Road<br>Pittsford, New York 14534<br>(585) 255-1429 |
| Attorneys for Defendant CenturyTel, Inc. | Attorneys for Defendant Global Crossing North America Inc. |

*CenturyTel, Inc. objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction. Pursuant to this objection, CenturyTel, Inc. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).*

| | |
|---|---|
| /s/ Alejandro N. Mayorkas<br>Alejandro N. Mayorkas<br>Sandra Sepulveda<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000 | /s/ Herbert Teitelbaum<br>Herbert Teitelbaum<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 541-1083 |
| Attorneys for Defendant Qwest Corp. | Attorneys for Defendant Sprint Nextel Corp. |

*Qwest Corporation objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction.  Pursuant to this objection, Qwest Corporation will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).*

| | |
|---|---|
| /s/ Henk Brands_____ | /s/ Alan M. Unger_____ |
| Henk Brands (DC Bar # 451710)<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>1615 L Street, N.W., Suite 1300<br>Washington, DC 20036-5694<br>(202) 223-7300 | Alan M. Unger<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300 |
| Attorneys for Defendant Time Warner Inc**.** | Attorneys for Defendant T-Mobile USA Inc. |
| /s/ Daniel P. Collins_____ | /s/  Susan L. Saltzstein  _____ |
| Daniel P. Collins (DC Bar # 426546)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>(213) 683-9125 | Susan L. Saltzstein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-4132 |
| Attorneys for Defendants Verizon<br>Communications Inc. and MCI Inc.<br><br>*MCI Inc. objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction. Pursuant to this objection, MCI Inc. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).* | Attorneys for Defendant<br>Virgin Mobile USA LLC |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This document relates to:<br><br>*Belloni v. Verizon Communications Inc.*<br>. | ) MDL Docket No. 1798<br>)<br>)<br>) Master File:    07-mc-0014-RMU<br>)<br>) Member Case:  07-cv-801-RMU<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' joint motion to establish a briefing schedule, it is this ____ of August, 2007 hereby

**ORDERED** that the Parties' joint motion is **GRANTED**, and that:

- Defendants shall answer, move, or otherwise respond to the Amended Complaint within ten (10) days of the Court's determination of consent to the MDL Panel's transfer order;

- Plaintiffs shall file any opposition to Defendants' motion(s) within sixty (60) days of the filing thereof (which time may be further extended subject to the Parties' agreement and the Court's approval); and

- Defendants shall file any reply in support of their motion(s) within thirty (30) days from the date that Plaintiffs file their opposition (which time may be further extended subject to the Parties' agreement and the Court's approval).

**FURTHER ORDERED** that notwithstanding any orders entered in any other action included in MDL No. 1798, all discovery by the Parties related to the Amended Complaint (except for discovery related to a defendant's motion to dismiss for lack of personal jurisdiction, to the extent necessary and permitted for resolution of such motion) is **STAYED** pending the Court's decision on Defendants' motions to dismiss the Amended Complaint, and Plaintiffs shall

not be required to move for class certification until ninety (90) days following the Court's decision on Defendants' motions to dismiss.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

Jeremy E. Hollander being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 1st day of August, 2007, I served a true copy of the

- *Joint Motion to Establish Briefing Schedule,* and

- *[Proposed] Order*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon the attorneys listed below, who, as of today, are not registered to receive e-mail notifications from the court:

**Michael D. Leffel**
FOLEY & LARDNER, LLP
150 East Gilman Street Madison,
WI 53703 1481

**Kevin T. Peters**
TONY & WELD
28 State Street
Boston, MA 02109

**Richard F. Scruggs**

SCRUGGS LAW FIRM, PA

120A Courthouse Square

P.O. Box 1136

Oxford, MS 38655-1136

**Christopher Weld, Jr.**

TODD & WELD, LLP

28 State Street

Boston, MA 02110

**Kelechi Ozioma Onyeobia**

**Christopher R. Neufeld**

LAW OFFICES OF KELECHI O. ONYEOBIA, P.C.

1218 Walton Avenue Suite 108

Bronx, NY 10452

/s/ Jeremy E. Hollander

Jeremy E. Hollander

Sworn to before me this

1st day of August, 2007.

/s/ Brian E. Keating

Brian E. Keating

Notary Public, State of New York

No. 60-5009535

2

Qualified in New York County

Certificate Filed in New York County

Commission Expires March 15, 2011

Case 1:07-cv-00801-RMU    Document 13-3    Filed 08/01/2007    Page 3 of 3