UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This document relates to:<br><br>ALL CASES | ) MDL Docket No. **1798**<br>)<br>) Master File:  07-mc-0014 (RMU)<br>)<br>) Member Cases:<br>) 06-cv-483: *Sloan v. United States*<br>) 07-cv-050: *Gurrola v. United States*<br>) 07-cv-051: *Cohen v. United States*<br>) 07-cv-801: *Belloni v. Verizon*<br>)            *Communications*<br>) |

**NOTICE OF APPEARANCE
OF GLOBAL CROSSING NORTH AMERICA INC.**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ira T. Kasdan as counsel in this case for Global Crossing North America Inc., which is a defendant in *Belloni v. Verizon Communications*.

                                                                           Respectfully submitted,

                                                                                 /s/ Ira T. Kasdan
                                                                           Ira T. Kasdan (DC Bar #292474)
                                                                           KELLEY DRYE & WARREN LLC
                                                                           3050 K Street, NW
                                                                           Suite 400
                                                                           Washington, DC 20007
                                                                           202.342.8864
                                                                           202.342.8451 (fax)

August 9, 2007                                                     *Counsel for Global Crossing*
                                                                           *North America Inc.*

## Certificate of Service

This is to certify that the foregoing was served by first class U.S. mail, postage pre-paid on August 9, 2007, upon the persons listed below.

                                                                     /s/ Ira T. Kasdan_____

Richard F. Scruggs
Sidney A. Backstrom
SCRUGGS LAW FIRM, PA
120A Courthouse Square
P.O. Box 1136
Oxford, MS 38655-1136

Robert G. Smith
LEWS BRISBOIS BISGAARD & SMITH LLP
550 West C Street
Suite 800
San Diego, CA 92101

Jonathan Watson Cuneo
Charles J. LaDuca
Robert J. Cynkar
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Christopher Weld, Jr.
Kevin T. Peters
TODD & WELD, LLP
28 State Street
Boston, MA 02110

Steven N. Berk
CHAVEZ & GERTLER, LLP
1225 15th Street, NW
Washington, DC 20005

Michael A. Bowen
Michael D. Leffel
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Gregory E. Van Hoey
Ivan C. Dale
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 7238
Washington, DC 20044-7238

Daniel P. Collins
Burton A. Gross
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Sean A. Lev
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

Alan M. Unger
Alex J. Kaplan
John J. Lavelle
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019-6018

Patrick S. Wolleson
BREITHAUPT, DUNN, DU BOS, SHAFTO & WOLLESON, LLC
1800 Hudson Lane
Suite 200-A
Monroe, LA 71201

Richard Henry Dolan
SCHLAM STONE & DOLAN, LLP
26 Broadway
New York, NY 10004

John P. Frantz
VERIZON
One Verizon Way
VC54N067
Basking Ridge, NJ 07920

Alejandro N. Mqayorkas
O'MELVENY & MYERS, LLP
400 South Hope Street
10th Floor
Los Angeles, CA 90071-2899

Christopher R. Neufeld
LAW OFFICES OF KELECHI O. ONYEOBIA, PC
485 Lorimer Street
Suite 205
Brooklyn, NY 11211

Bobby C. Lawyer
AT&T SERVICES LEGAL DEPARTMENT
525 Market Street
Suite 2001
San Francisco, CA 94105

4