UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To:<br><br>*Belloni v. Verizon Communications Inc.* | MDL Docket No. **1798**<br><br>Master File:  07-mc-0014 (RMU)<br><br>Member Case:  07-cv-801 |

## NOTICE OF APPEARANCE OF SEAN A. LEV
## AS COUNSEL FOR AT&T INC. AND BELLSOUTH CORPORATION

To the Clerk of this Court and all parties of record:

Please enter the appearance of Sean A. Lev as counsel in this case for AT&T Inc. and BellSouth Corporation, defendants in *Belloni v. Verizon Communications Inc.*, No. 07-cv-801 (RMU).

Dated: August 10, 2007                            Respectfully submitted,

                                           /s/ Sean A. Lev
                                    Michael K. Kellogg (DC Bar # 372049)
                                    Sean A. Lev (DC Bar # 449936)
                                    KELLOGG, HUBER, HANSEN, TODD,
                                      EVANS & FIGEL, P.L.L.C.
                                    Sumner Square
                                    1615 M Street, N.W., Suite 400
                                    Washington, D.C. 20036
                                    Phone: (202) 326-7900
                                    Facsimile: (202) 326-7999

                                    *Attorneys for AT&T Inc.
                                    and BellSouth Corporation*

AT&T Inc. and BellSouth Corporation object to the jurisdiction of this Court over their persons. Pursuant to this objection, AT&T Inc. and BellSouth Corp. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).

## NOTICE OF FILING AND SERVICE

      I hereby certify that, on August 10, 2007, a copy of the foregoing was filed electronically and served by mail on any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by overnight mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Sean A. Lev
Sean A. Lev (DC Bar # 449936)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Facsimile: (202) 326-7999