UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This document relates to:<br><br>*Belloni v. Verizon Communications, Inc.* | ) MDL Docket No. **1798**<br>)<br>) Master File:  07-mc-0014 (RMU)<br>)<br>) Member Case:  07-cv-801<br>)<br>)<br>)<br>) |

# ERRATA TO DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

Defendants Alltel Corp.; AT&T Inc.; BellSouth Corp.; CenturyTel Inc.; Global Crossing North America Inc.; Qwest Corp.; Sprint Nextel Corp.; Time Warner Inc.; T-Mobile USA, Inc.; Verizon Communications Inc.; Verizon Business Global LLC (successor to MCI, Inc.); and Virgin Mobile USA, LLC (collectively, "Defendants"), who are defendants in *Belloni, et al. v. Verizon Communications, Inc., et al.*, No. 07-cv-801 (RMU), submit this Errata in connection with their Joint Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(6) ("Joint Motion").  Attached as an Exhibit to this Errata is a Supplemental Certificate of Service, showing service of the Joint Motion, including all supporting documents, by Federal Express on the Attorneys shown on the attached Supplemental Certificate of Service.  These Attorneys

apparently have not registered with the Court's ECF system and could not be served through that system. All other Attorneys of record have been served through the Court's ECF system.

Dated: August 10, 2007                                                      Respectfully submitted,

 /s/ *Daniel P. Collins*                                                     /s/ *Michael B. Carlinsky*
Daniel P. Collins (DC Bar # 426546)          Michael B. Carlinsky
MUNGER, TOLLES & OLSON LLP                   QUINN EMANUEL URQUHART
355 South Grand Avenue, 35th Floor             OLIVER & HEDGES, LLP
Los Angeles, CA 90071                        5 1 Madison Avenue, 22nd Floor
(213) 683-9125                               New York, New York 10010
                                             (212) 849-7000

Attorneys for Defendants Verizon             Attorneys for Defendant Alltel Corp.
Communications Inc. and Verizon
Business Global LLC (successor to
MCI, Inc.)


 /s/ *Michael K. Kellogg*                                                    /s/ *P. Scott Wolleson*
Michael K. Kellogg (DC Bar # 372049)         P. Scott Wolleson (La. Bar No. 22,691)
Sean Lev (DC Bar # 449936)                   BREITHAUPT, DUNN, DUBOS,
KELLOGG, HUBER, HANSEN, TODD                   SHAFTO & WOLLESON, LLC
  EVANS & FIGEL, P.L.L.C                     1800 Hudson Lane
1615 M Street, NW, Suite 400                 Suite 200-A
Washington, DC 20036                         Monroe, Louisiana 71201
(202) 326-7900                               (318) 322-1202

Attorneys for Defendants AT&T Inc. and       Attorneys for Defendant CenturyTel, Inc.
BellSouth Corp.

- 2 -

| | |
|---|---|
| /s/ *Danny E. Adams*<br>Danny E. Adams (DC Bar #259309)<br>Ira T. Kasdan (DC Bar # 292474)<br>KELLEY DRYE & WARREN LLP<br>3050 K Street, N.W.<br>Washington, D.C. 20007<br>(202) 342-8864<br><br>Attorneys for Defendant Global Crossing North America Inc. | /s/ *Alejandro N. Mayorkas*<br>Alejandro N. Mayorkas<br>Sandra Sepulveda<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br><br>Attorneys for Defendant Qwest Corp. |
| /s/ *John W. Rogers*<br>John W. Rogers<br>BRYAN CAVE LLP<br>One Metropolitan Square Building<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2000<br><br>Attorneys for Defendant Sprint Nextel Corp. | /s/ *Henk Brands*<br>Henk Brands (DC Bar # 451710)<br>PAUL, WEISS, RIFKIND,<br> WHARTON & GARRISON LLP<br>1615 L Street, N.W., Suite 1300<br>Washington, DC 20036-5694<br>(202) 223-7300<br><br>Attorneys for Defendant Time Warner Inc. |
| /s/ *Alan M. Unger*<br>Alan M. Unger<br>John J. Lavelle<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300<br><br>Attorneys for Defendant T-Mobile USA, Inc. | /s/ *Susan L. Saltzstein*<br>Susan L. Saltzstein<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-4132<br><br>Attorneys for Defendant<br>Virgin Mobile USA, LLC |

## CERTIFICATE OF SERVICE

I, Daniel P. Collins, certify that on August 10, 2007, I caused true and correct copies of this **ERRATA TO DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) (attaching SUPPLEMENTAL CERTIFICATE OF SERVICE FOR JOINT MOTION TO DISMISS)** to be served by Federal Express, for delivery on the next business day, to the following Attorneys:

| | |
|---|---|
| Michael D. Leffel<br>Foley & Lardner, LLP<br>150 East Gilman Street<br>Madison, WI  53703-1481 | Richard F. Scruggs<br>Scruggs Law Firm, PA<br>120A Courthouse Square<br>Oxford, MS  38655-1136 |
| Kelechi O. Onyeobia<br>Christopher R. Neufeld<br>Law Offices of Kelechi O. Onyeobia, PC<br>1218 Walton Ave., Ste. 108<br>Bronx, NY  10452 | Christopher Weld, Jr.<br>Kevin T. Peters<br>Todd & Weld, LLP<br>28 State St.<br>Boston, MA  02110 |

All other attorneys of record will be served through the Court's ECF filing system.

   /s/  *Daniel P. Collins*
Daniel P. Collins (DC Bar # 426546)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9125

Attorneys for Defendants Verizon Communications Inc. and Verizon Business Global LLC (successor to MCI, Inc.)

# SUPPLEMENTAL CERTIFICATE OF SERVICE FOR

# JOINT MOTION TO DISMISS

I, Daniel P. Collins, certify that on August 10, 2007, I caused true and correct copies of the following documents to be served by Federal Express, for delivery on the next business day, to the Attorneys shown on the attached service list:

1)  **DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6);**

2)  **DECLARATION OF DANIEL P. COLLINS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) [WITH EXHIBITS A-I]; and**

3)  **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

All other attorneys of record were served through the Court's ECF filing system.

    /s/  Daniel P. Collins
Daniel P. Collins (DC Bar # 426546)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9125

Attorneys for Defendants Verizon
Communications Inc. and Verizon Business Global
LLC (successor to MCI, Inc.)

**SERVICE LIST**

Michael D. Leffel
Foley & Lardner, LLP
150 East Gilman Street
Madison, WI  53703-1481

Richard F. Scruggs
Scruggs Law Firm, PA
120A Courthouse Square
Oxford, MS  38655-1136

Kelechi O. Onyeobia
Christopher R. Neufeld
Law Offices of Kelechi O. Onyeobia, PC
1218 Walton Ave., Ste. 108
Bronx, NY  10452

Christopher Weld, Jr.
Kevin T. Peters
Todd & Weld, LLP
28 State St.
Boston, MA  02110