UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To:<br><br>*Belloni v. Verizon Communications, Inc.* | MDL Docket No. 1798<br><br>Master File: 07-mc-0014 (RMU)<br><br>Member Case: 07-cv-801 (RMU) |

**ERRATA TO DEFENDANT'S SPRINT NEXTEL CORPORATION'S
MOTION TO DISMISS THE AMENDED COMPLAINT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

Defendant Sprint Nextel Corporation ("Sprint"), who is a defendant in *Belloni, et al. v. Verizon Communications, Inc., et al.*, No. 07-cv-801 (RMU) submits this Errata in connection with its Motion to Dismiss, under Federal Rule of Civil Procedure 12(b)(2). Attached as an Exhibit to this Errata is a Supplemental Certificate of Service, showing service of the Motion, including all supporting documents, by U.S. Mail, postage prepaid on the attorneys shown on the attached Supplemental Certificate of Service. These Attorneys apparently have not registered with the Court's ECF system and could not be served through that system. All other attorneys of record have been served through the Court's ECF system.

Dated:  August 13, 2007

Respectfully submitted

    */s/ John W. Rogers*
John W. Rogers
BRYAN CAVE LLP
One Metropolitan Square Building
211 N. Broadway, Suite 3600
St. Louis, Missouri  63102
(314) 259-2009
(314) 552-8009 (facsimile)

Attorneys for Defendant
Sprint Nextel Corporation

**CERTIFICATE OF SERVICE**

 I, John W. Rogers, certify that on August 13, 2007, I caused true and correct copies of this Errata to Defendant's Sprint Nextel Corporation's Motion to Dismiss the Amended Complaint Under Federal Rule of Civil Procedure 12(b)(2) to be served by U.S. Mail, postage prepaid, to the following Attorneys:

| | |
|---|---|
| Christopher R. Neufeld<br>Law Offices of Kelechi O. Onyeobia, P.C.<br>1218 Walton Avenue, Suite 108<br>Bronx, NY  10452 | Kelechi Ozioma Onyeobia<br>Law Offices of Kelechi O. Onyeobia, P.C.<br>1218 Walton Avenue, Suite 108<br>Bronx, NY  10452 |
| Michael D. Leffel<br>Foley & Lardner, LLP<br>150 East Gilman Street<br>Madison, WI  53703-1481 | Kevin T. Peters<br>Todd & Weld<br>28 State Street<br>Boston, MA  02109 |
| Richard F. Scruggs<br>Scruggs Law Firm, PA<br>120A Courthouse Square<br>P. O. Box 1136<br>Oxford, MS  38655-1136 | Christopher Weld<br>Todd & Weld<br>28 State Street<br>Boston, MA  02109 |

All other attorneys of record will be served through the Court's ECF filing system.

               */s/ John W. Rogers*
               John W. Rogers
               BRYAN CAVE LLP
               One Metropolitan Square Building
               211 N. Broadway, Suite 3600
               St. Louis, Missouri  63102
               (314) 259-2009
               (314) 552-8009 (facsimile)

               Attorneys for Defendant
               Sprint Nextel Corporation

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, John W. Rogers, certify that on August 10, 2007, I caused true and correct copies of the following documents to be served by U.S. Mail, postage prepaid, to the Attorneys shown on the attached service list:

1) Sprint Nextel Corporation's Motion to Dismiss the Amended Complaint Under Federal Rule of Civil Procedure 12(b)(2) and Memorandum in Support

2) Declaration of Scott W. Andreasen

3) [Proposed] Order Granting Defendant's Motion to Dismiss The Amended Complaint Under Fed.R.Civ.P. 12(b)(2)


Dated:  August 13, 2007                    /s/ John W. Rogers
                                           John W. Rogers
                                           BRYAN CAVE LLP
                                           One Metropolitan Square Building
                                           211 N. Broadway, Suite 3600
                                           St. Louis, Missouri  63102
                                           (314) 259-2009
                                           (314) 552-8009 (facsimile)

                                           Attorneys for Defendant
                                           Sprint Nextel Corporation

**SERVICE LIST**

Christopher R. Neufeld
Law Offices of Kelechi O. Onyeobia, P.C.
1218 Walton Avenue, Suite 108
Bronx, NY  10452

Michael D. Leffel
Foley & Lardner, LLP
150 East Gilman Street
Madison, WI  53703-1481

Richard F. Scruggs
Scruggs Law Firm, PA
120A Courthouse Square
P. O. Box 1136
Oxford, MS  38655-1136

Kelechi Ozioma Onyeobia
Law Offices of Kelechi O. Onyeobia, P.C.
1218 Walton Avenue, Suite 108
Bronx, NY  10452

Kevin T. Peters
Todd & Weld
28 State Street
Boston, MA  02109

Christopher Weld
Todd & Weld
28 State Street
Boston, MA  02109