UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To:<br><br>*Belloni v. Verizon Communications, Inc.* | MDL Docket No. 1798<br><br>Master File: 07-mc-0014 (RMU)<br><br>Member Case: 07-cv-801 (RMU) |

**ERRATA TO DEFENDANTS' JOINT MOTION TO DISMISS**

**THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1)**

Defendants Alltel Corp.; AT&T Inc.; BellSouth Corp.; CenturyTel Inc.; Global Crossing North America Inc.; Qwest Corp.; Sprint Nextel Corp.; Time Warner Inc.; T-Mobile USA, Inc.; Verizon Communications Inc.; Verizon Business Global LLC (successor to MCI, Inc.); and Virgin Mobile USA, LLC (collectively "Defendants"), who are defendants in *Belloni, et al. v. Verizon Communications, Inc., et al.*, No. 07-cv-801 (RMU) submit this Errata in connection with their Joint Motion to Dismiss, under Federal Rule of Civil Procedure 12(b)(1). Attached as an Exhibit to this Errata is a Supplemental Certificate of Service, showing service of the Motion, including all supporting documents, by U.S. Mail, postage prepaid on the attorneys shown on the attached Supplemental Certificate of Service. These Attorneys apparently have not

registered with the Court's ECF system and could not be served through that system. All other attorneys of record have been served through the Court's ECF system.

Dated: August 13, 2007                                     Respectfully submitted,

| /s/ *Daniel P. Collins* | /s/ *Michael B. Carlinsky* |
|---|---|
| Daniel P. Collins (DC Bar # 426546) | Michael B. Carlinsky |
| MUNGER, TOLLES & OLSON LLP | QUINN EMANUEL URQUHART |
| 355 South Grand Avenue, 35th Floor |   OLIVER & HEDGES, LLP |
| Los Angeles, CA 90071 | 5 1 Madison Avenue, 22nd Floor |
| (213) 683-9125 | New York, New York 1 001 0 |
|  | (212) 849-7000 |
| Attorneys for Defendants Verizon Communications Inc. and Verizon Business Global LLC (successor to MCI, Inc.) | Attorneys for Defendant Alltel Corp. |

| /s/ *Michael K. Kellogg* | /s/ *Michael K. Kellogg* |
|---|---|
| Michael K. Kellogg (DC Bar # 372049) | Michael K. Kellogg (DC Bar # 372049) |
| Sean Lev (DC Bar # 449936) | Sean Lev (DC Bar # 449936) |
| KELLOGG, HUBER, HANSEN, TODD   EVANS & FIGEL, P.L.L.C | KELLOGG, HUBER, HANSEN, TODD   EVANS & FIGEL, P.L.L.C |
| 1615 M Street, NW, Suite 400 | 1615 M Street, NW, Suite 400 |
| Washington, DC 20036 | Washington, DC 20036 |
| (202) 326-7900 | (202) 326-7900 |
| Attorneys for Defendant AT&T Inc. | Attorneys for Defendant BellSouth Corp. |

| /s/ *P. Scott Wolleson* | /s/ *Michael J. Shortley* |
|---|---|
| P. Scott Wolleson (La. Bar No. 22,691) | Michael J. Shortley |
| BREITHAUPT, DUNN, DUBOS,   SHAFTO & WOLLESON, LLC | 1080 Pittsford-Victor Road Pittsford, New York 14534 |
| 1800 Hudson Lane | (585) 255-1429 |
| Suite 200-A |  |
| Monroe, Louisiana 71201 | Attorneys for Defendant Global Crossing North America Inc. |
| (318) 322-1202 |  |
| Attorneys for Defendant CenturyTel, Inc. |  |

2

 /s/  *Alejandro N. Mayorkas*
Alejandro N. Mayorkas
Sandra Sepulveda
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

Attorneys for Defendant Qwest Corp.

 /s/  *John W. Rogers*
John W. Rogers
BRYAN CAVE LLP
One Metropolitan Square Building
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000

Attorneys for Defendant Sprint Nextel Corp.

 /s/  *Henk Brands*
Henk Brands (DC Bar # 451710)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036-5694
(202) 223-7300

Attorneys for Defendant Time Warner Inc**.**

 /s/  *Alan M. Unger*
Alan M. Unger
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Attorneys for Defendant T-Mobile USA, Inc.

 /s/  *Susan L. Saltzstein*
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-4132

Attorneys for Defendant
Virgin Mobile USA, LLC

**CERTIFICATE OF SERVICE**

    I, John W. Rogers, certify that on August 13, 2007, I caused true and correct copies of this Errata to Defendants' Joint Motion to Dismiss the Amended Complaint Under Federal Rule of Civil Procedure 12(b)(1) to be served by U.S. Mail, postage prepaid, to the following Attorneys:

| | |
|---|---|
| Christopher R. Neufeld<br>Law Offices of Kelechi O. Onyeobia, P.C.<br>1218 Walton Avenue, Suite 108<br>Bronx, NY 10452 | Kelechi Ozioma Onyeobia<br>Law Offices of Kelechi O. Onyeobia, P.C.<br>1218 Walton Avenue, Suite 108<br>Bronx, NY 10452 |
| Michael D. Leffel<br>Foley & Lardner, LLP<br>150 East Gilman Street<br>Madison, WI 53703-1481 | Kevin T. Peters<br>Todd & Weld<br>28 State Street<br>Boston, MA 02109 |
| Richard F. Scruggs<br>Scruggs Law Firm, PA<br>120A Courthouse Square<br>P. O. Box 1136<br>Oxford, MS 38655-1136 | Christopher Weld<br>Todd & Weld<br>28 State Street<br>Boston, MA 02109 |

All other attorneys of record were served through the Court's ECF filing system.

                                             */s/ John W. Rogers*
                                             John W. Rogers
                                             BRYAN CAVE LLP
                                             One Metropolitan Square Building
                                             211 N. Broadway, Suite 3600
                                             St. Louis, Missouri 63102
                                             (314) 259-2009
                                             (314) 552-8009 (facsimile)

                                             Attorneys for Defendant
                                             Sprint Nextel Corporation

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, John W. Rogers, certify that on August 10, 2007, I caused true and correct copies of the following documents to be served by U.S. Mail, postage prepaid, to the Attorneys shown on the attached service list:

1) Defendants' Joint Motion to Dismiss the Amended Complaint Under Fed.R.Civ.P. 12(b)(1) and Memorandum in Support (with Exhibits 1 and 2)

2) [Proposed] Order Granting Defendants' Joint Motion to Dismiss The Amended Complaint Under Fed.R.Civ.P. 12(b)(1)

Dated: August 13, 2007                    */s/ John W. Rogers*
                                          John W. Rogers
                                          BRYAN CAVE LLP
                                          One Metropolitan Square Building
                                          211 N. Broadway, Suite 3600
                                          St. Louis, Missouri  63102
                                          (314) 259-2009
                                          (314) 552-8009 (facsimile)

                                          Attorneys for Defendant
                                          Sprint Nextel Corporation

2

**SERVICE LIST**

Christopher R. Neufeld
Law Offices of Kelechi O. Onyeobia, P.C.
1218 Walton Avenue, Suite 108
Bronx, NY  10452

Michael D. Leffel
Foley & Lardner, LLP
150 East Gilman Street
Madison, WI  53703-1481

Richard F. Scruggs
Scruggs Law Firm, PA
120A Courthouse Square
P. O. Box 1136
Oxford, MS  38655-1136

Kelechi Ozioma Onyeobia
Law Offices of Kelechi O. Onyeobia, P.C.
1218 Walton Avenue, Suite 108
Bronx, NY  10452

Kevin T. Peters
Todd & Weld
28 State Street
Boston, MA  02109

Christopher Weld
Todd & Weld
28 State Street
Boston, MA  02109