# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL Docket No. **1798**<br><br>Master File: 07-mc-0014 (RMU) |
| This Document Relates To: | Member Case: 07-cv-801 |
| *Belloni v. Verizon Communications Inc.* | |

## NOTICE OF APPEARANCE OF MICHAEL K. KELLOGG
## AS COUNSEL FOR AT&T INC. AND BELLSOUTH CORPORATION

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael K. Kellogg as counsel in this case for AT&T Inc. and BellSouth Corporation, defendants in *Belloni v. Verizon Communications Inc.*, No. 07-cv-801 (RMU).

Dated: August 13, 2007               Respectfully submitted,

                                      /s/ Michael K. Kellogg
                                      Michael K. Kellogg (DC Bar # 372049)
                                      Sean A. Lev (DC Bar # 449936)
                                      KELLOGG, HUBER, HANSEN, TODD,
                                        EVANS & FIGEL, P.L.L.C.
                                      Sumner Square
                                      1615 M Street, N.W., Suite 400
                                      Washington, D.C. 20036
                                      Phone: (202) 326-7900
                                      Facsimile: (202) 326-7999

                                      *Attorneys for AT&T Inc.
                                      and BellSouth Corporation*

AT&T Inc. and BellSouth Corporation object to the jurisdiction of this Court over their persons. Pursuant to this objection, AT&T Inc. and BellSouth Corp. have moved to dismiss this action under Fed. R. Civ. P. 12(b)(2).

**NOTICE OF FILING AND SERVICE**

      I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 13, 2007, and paper copies will be sent to those indicated on the NEF as non-registered participants via first-class mail.  Parties may access this filing through the Court's CM/ECF System.

/s/ Michael J. Fischer
Michael J. Fischer (DC Bar # 498539)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Facsimile: (202) 326-7999